# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN VENTRESS,<br>    Plaintiff,<br><br>        v.<br><br>COSTCO WHOLESALE CORP., et al.,<br>    Defendants. | CV 22-6870 DSF (Ex)<br><br>Order DENYING Leave to Amend and to Remand Action (Dkt. 24) |

Plaintiff moves for leave to amend to add a non-diverse defendant and to remand the case. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15.

This case involves an injury due to a fall on August 28, 2021 at one of Defendant's stores. Plaintiff seeks to add Gregory David Carter II, a California citizen, as a defendant. In her proposed first amended complaint, Plaintiff alleges, on information and belief, that Carter "was and is now the Store Manager" for the Costco store at issue.

Plaintiff's motion appears to be based on a misconception about the identity of the store manager. Carter has provided a declaration stating that he is not the manager of the store at issue and has not been since September 2009. Carter Decl. ¶ 4. He further attests that he has not been the manager of any Costco store since January 2012. Id. Carter states that he was employed at Defendant's Los Angeles Regional office at the time of the events in question in this case and was not responsible for any day-to-day operations at the store where the events occurred. Id. ¶¶ 3-4.

    The Court sees no reason to doubt this testimony, especially given that Plaintiff's proposed allegations would be on "information and belief," with no explanation of what information led to that belief.  As the amendment to add Carter would be futile given his complete lack of involvement in the events at issue, the motion for leave to amend and to remand is DENIED.

    IT IS SO ORDERED.

Date: March 9, 2023

                                                  Dale S. Fischer
                                                  United States District Judge