# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MARILYN VENTRESS,<br><br>        Plaintiff,<br><br>   vs.<br><br>COSTCO WHOLESALE CORPORATION; DOE COSTCO STORE MANAGER; and DOES 1 to 100, inclusive,<br><br>        Defendants. | CASE NO. 2:22-cv-06870-DSF-E<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION AND PROTECTIVE ORDER |

The Court, having reviewed the moving papers orders as follows:

1) Good Cause Appearing, the Court hereby approves this Stipulation and Protective Order.

/ / /

/ / /

/ / /

**IT IS SO ORDERED.**

Dated:  3/14/23                    /S/ CHARLES F. EICK
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

Submitted by:

DEBORAH S. TROPP, ESQ. – BAR NO. 162613
CRYSTAL L. RORABAUGH, ESQ. – BAR NO. 313093
McNEIL TROPP & BRAUN LLP
4695 MacArthur Court, Suite 800
Newport Beach, California 92660
Phone: (949) 259-2890
Fax:    (949) 259-2891

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify on March 14, 2023, I electronically filed the foregoing: **[PROPOSED] ORDER GRANTING STIPULATION AND PROTECTIVE ORDER** with the Clerk of the Court for the United States District Court, Central District of California by using the Central District CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the USDC-Central District of California CM/ECF system.

☑ **FEDERAL:** I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

Executed on March 14, 2023 at Newport Beach, California.

*/s/ Deborah S. Tropp*
Deborah S. Tropp